Law Offices of Joel M. Shafferman
Attorneys for Indu Craft, Inc.
350 Fifth Avenue, Suite 2723
New York, New York 10118
Tel:  (212) 509-1802
Joel M. Shafferman (JMS-1055)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                Chapter 11

INDU CRAFT, INC.,                                          Case No.:  97-44958 (RDD)


                                    Debtor.
---------------------------------------------------------------x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Bankruptcy Procedure 8002, Indu Craft, Inc. ("Appellant"), hereby appeals to the United States District Court for the Southern District of New York from the Order of the Honorable Robert D. Drain, United States Bankruptcy Judge, dated August 15, 2007, and entered on August 16, 2007 Denying Relief Requested in Application of Tze Wung Consultants, Ltd., Application of Trendi Sportswear, Inc., Joinder of ANZ Sales, Inc. in Support of the Tze Wung Application, and Application of Indu Craft, Inc. to Clarify the Effect of the Plan of Reorganization, to Vacate Injunction Provisions of the Plan and/or Temporarily Suspend the Discharge Provisions of the Plan and Order Confirming the Plan.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Appellant:**

Attorneys for Indu Craft, Inc.
Joel M. Shafferman, Esq.
Law Offices of Joel M. Shafferman, LLC
350 Fifth Avenue, Suite 2723
New York, New York 10118
Tel: (212) 509-1802

**Appellees:**

Attorney for Bank of Baroda
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200

**Other Interested Parties:**

Attorneys for Tze Wung
Jaspan Schlesinger Hoffman, LLP
300 Garden City Plaza
Garden City, NY 11530
Joel Lewittes, Esq.
Tel: (516) 746-8000

ANZ Sales, Inc.
Hoshovsky Law Firm
33 West 19th Street, Suite 307
New York, NY 10011
Serhiy Hoshovsky, Esq.
Tel: (646) 619-1123

Trendi Sportswear
Chittur & Associates, P.C.
286 Madison Avenue
Suite 1100
New York, NY 10017
Krishnan Chittur, Esq.
Tel: (212) 370-0447

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Tracy H. Davis, Esq.
(212) 510-0500


Dated:  New York, New York
        August 27, 2007

                                            LAW OFFICES OF JOEL M. SHAFFERMAN, LLC
                                            Attorneys for Appellant
                                            350 Fifth Avenue, Suite 2723
                                            New York, New York 10118
                                            (212) 509-1802

                                            By:  /s/ Joel M. Shafferman,
                                                by A. Mitchell Greene with authorization
                                                 Joel M. Shafferman  (JMS-1055)