UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: **Indu Craft, Inc.**

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

------------------------------------------------------------X

07-CV-8684 NRB

FROM:  KATHLEEN FARRELL-WILLOUGHBY, CLERK
         UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK

TO:  J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

IN RE: Indu Craft, Inc.
DATE OF FILING NOTICE OF APPEAL: 8/27/2007

BANKRUPTCY CASE: 97-44956 (RDD)

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to Designation of Items to be included in the Record as required by:

    **X** FRBP 8006
    ___ Federal Rules of Civil Procedure (Rule ____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  October 9, 2007
         New York, New York

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
      Deputy Clerk

Internal Control #: 193

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated October 16, 2007
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J. Michael McMahon, Clerk
District Court, SDNY

By: _____
      Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07